242 So.2d 576

**William M. SMITH**

**v.**

**Owen C. GIRLEY and the Travelers Insurance Co. et al.**

**No. 51063.**

Jan. 18, 1971.

Limited to assignments of error 1, 2 and 3.

242 So.2d 577

**Earnest CAMPBELL et al.**

**v.**

**AMERICAN HOME ASSURANCE CO.**

**No. 51065.**

Jan. 18, 1971.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.